IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL AGUILAR, JR., | CASE NO. CV F 13-0193 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | (Doc. 4.) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   April 12, 2013            /s/  Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE