UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL AGUILAR, | CASE NO. CV F 13-0193 LJO SKO |
| Plaintiff, | **ORDER TO DENY REOPENING ACTION** (Doc. 6.) |
| vs. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |
| _____/ | |

    This Court's April 12, 2013 order dismissed this action with plaintiff's request to do so. On September 9, 2013, plaintiff filed papers to attempt to reopen this closed, dismissed action. Plaintiff fails to justify reopening this dismissed action. As such, this Court DENIES plaintiff's request to reopen this dismissed action.

IT IS SO ORDERED.

    Dated:   **September 11, 2013**          **/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE

1